DANIEL J. BRODERICK, Bar #89424
Federal Defender
SAMYA BURNEY, Bar #224049
Staff Attorney
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DOMINIQUE A. WOOSLEY-PATTERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No.  1:10-cr-00185 AWI |
|                             ) |  |
| *Plaintiff,*                ) | STIPULATION TO CONTINUE INITIAL |
|                             ) | APPEARANCE/STATUS CONFERENCE |
| v.                          ) | HEARING; |
|                             ) | ORDER |
| DOMINIQUE A. WOOSLEY-PATTERSON, ) |  |
|                             ) | DATE:  June 21, 2010 |
| *Defendant.*                ) | TIME:   9:00 a.m. |
|                             ) | JUDGE:  Honorable Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the initial appearance/status conference hearing in the above-entitled matter now scheduled for May 25, 2010, before Magistrate Sandra M. Snyder, **may be continued to June 21, 2010 at 9:00 a.m. and set for hearing before the Hon. Anthony W. Ishii.**

This continuance is requested by counsel for the defendant as defendant lives in Palmdale, California and needs additional time to make arrangements to be off work to appear for these proceedings. Assistant United States Attorney Laurel Montoya has no objection to the requested continuance.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for further defense
3  preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: May 20, 2010                 /s/ Laurel Montoya
                                    LAUREL MONTOYA
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: May 20, 2010                 /s/  Samya Burney
                                    SAMYA BURNEY
                                    Staff Attorney
                                    Attorney for Defendant
                                    Dominique A. Woosley-Patterson


**O R D E R**

IT IS SO ORDERED.

**Dated:     May 21, 2010**                 /s/ **Anthony W. Ishii**
                                    CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Initial Appearance/
Status Conference Hearing; Order