FILED
APR 25 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiffs, | ) | No CR-10-185-AWI |
| vs. | ) | ORDER |
| Dominique Woosley Patterson | ) | |
| Defendant. | ) | |

The court having had a Probation Review hearing on October 11, 2011, The Court finds as follows.

IT IS HEREBY ORDERED that the defendant's community service hours are hereby replaced with a $500 fine. This order is nunc pro tunc to October 11, 2011.

DATED: 4-25-12

ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1