1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  SAMYA BURNEY, Bar #224049
   Staff Attorney
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561

   Attorneys for Defendant
6  DOMINIQUE A. WOOSLEY-PATTERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:10-cr-00185 AWI-1 |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO TERMINATE INFORMAL PROBATION IN MISDEMEANOR CASE; ORDER; |
| v. | ) | |
| DOMINIQUE A. WOOSLEY-PATTERSON, | ) | JUDGE: Honorable Anthony W. Ishii |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, ANDREW GRADMAN, Special Assistant United States Attorney, counsel for plaintiff, and SAMYA BURNEY, Staff Attorney, Federal Defender's Office, counsel for defendant, DOMINIQUE A. WOOSLEY-PATTERSON, that the term of unsupervised probation imposed at sentencing by the court in this matter, may now be terminated as Ms. Woosley-Patterson has satisfied all conditions of probation.

Ms. Woosley-Patterson was sentenced by this court on August 9, 2010 to a $750.00 fine, 75 hours of community service (subsequently converted to an additional $500.00 fine), and $35.00 in penalty assessments.  She was also ordered to complete a first offender DUI program and placed on a three-year term of informal probation.

/ / /

/ / /

/ / /

The parties stipulate that Ms. Woosley-Patterson has completed all her sentencing obligations: she has paid $1,285.00 in fines and assessments, completed a First Offender DUI program, and obeyed all laws. The parties therefore request termination of Ms. Woosley-Patterson's probation at this time.

                                        BENJAMIN B. WAGNER
                                      United States Attorney

DATED: December 20, 2012          /s/ Andrew Gradman
                                      ANDREW GRADMAN
                                      Special Assistant United States Attorney
                                      Attorneys for Plaintiff


                                      DANIEL J. BRODERICK
                                      Federal Defender

DATED: December 20, 2012          /s/  Samya Burney
                                      SAMYA BURNEY
                                      Staff Attorney
                                      Attorneys for Defendant
                                      Dominique A. Woosley-Patterson


**O R D E R**

IT IS SO ORDERED.

Dated:   December 21, 2012
                                      UNITED STATES DISTRICT JUDGE